JAMES C. KEOWEN [SBN: 173546]
NAGELEY, MEREDITH & MILLER, INC.
8001 Folsom Boulevard, Suite 100
Sacramento, CA  95826
Telephone: (916) 386-8282
Facsimile: (916) 386-8952

Attorney for Defendants CAROL AND GLEN RODGERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED ABBASZADEH aka ALI M. ABBASZADEH,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROL A. RODGERS and GLEN RODGERS,<br><br>    Defendant.<br>_____/ | Case No.:  CIV.S-03-01212 FCD DAD<br><br>ORDER OF DISMISSAL AND EXPUNGEMENT OF LIENS PURSUANT TO CONDITIONAL SETTLEMENT |

IT IS ORDERED that the complaint of Plaintiff, USDC Case No. CIV.S-03-01212 FCD-DAD, is hereby dismissed with prejudice and all dates set in this matter are VACATED.  This dismissal to be entered upon the proof of payment of the settlement proceeds.

IT IS FURTHER ORDERED that any liens recorded based upon the Judgment entered in the underlying State Court action in Placer County Superior Court Case Number SCV 10745 entered September 4, 2001, are void and that any judgment liens arising thereunder are hereby expunged including but not limited to the liens arising from the abstract of judgments recorded at Document No. 2003-0024164 in the Official

// // //

Records of Butte County, California, and the abstract filed on September 10, 2001, in Placer County Superior Court Case Number SCV 10745, be and hereby are **expunged**.

SO ORDERED:

Dated: May 12, 2005  /s/ Frank C. Damrell Jr.
Hon. Frank C. Damrell Jr
United States District Court Judge